# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re: Nicholas Gregory Medina ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 22-50148 |
| ) | |
| ) | JUDGE Alan M. Koschik |
| ) | |
| ) | **NOTICE OF NO OPPOSITION TO** |
| ) | **TRUSTEE'S MOTION TO DISMISS** |
| ) | |
| ) | |

_____

Please take notice that the Debtor's counsel does not oppose the *Trustee's Motion to Dismiss* filed on February 6, 2023 (Docket Entry #19) as Debtor's counsel was informed by the Debtor's family that the Debtor unfortunately passed away and is deceased.

Respectfully Submitted,

/s/ Ryan R. McNeil
Ryan R. McNeil (#0085607)
McNeil Law Firm, LLC
One Cascade Plaza, Suite 740
Akron, OH 44308
(330) 474-3666 (Phone)
(330) 470-6386 (Fax)
ryanmcneil@mcneilfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023 a true and accurate copy of the *Notice Of No Opposition* was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

**Trustee:**
Keith Rucinski, Trustee, at efilings@ch13akron.com, and krucinski@ecf.epiqsystems.com

**U.S. Trustee**
U.S. Trustee, at (registered address)@usdoj.gov

 

                                                /s/ Ryan R. McNeil_____
                                                Ryan R. McNeil (#0085607)